# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TONI S. RICE, ) | |
| ) | No. 3:14-cv-02152 |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Holmes |
| OCWEN LOAN SERVICING, LLC, ) | |
| ) | JURY DEMAND |
| Defendant/Counter-Plaintiff. ) | |

## ORDER

Pending before the Court is Ocwen Loan Servicing, LLC's ("Ocwen") Motion for Summary Judgment ("Motion"). (Doc. No. 42.) On February 12, 2016, Magistrate Judge Holmes issued a Report and Recommendation ("Report") recommending (1) that the Motion be granted in favor of Ocwen as to the claims brought by Toni Rice and that these claims be dismissed with prejudice, (2) that the Motion be granted in Ocwen's favor as to Ocwen's breach of contract counterclaim against Toni Rice and that a monetary judgment of $54,747.01 be entered in Ocwen's favor, (3) that the Motion be denied as to a request for a declaratory judgment, and (4) that this action be dismissed. (Doc. No. 53 at 9–10.) The Report provided a period of fourteen days in which any party could file an objection. (*Id.*) No party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby (1) **GRANTS** the Motion in Ocwen's favor as to the claims brought by Toni Rice and **DISMISSES** these claims **with prejudice**, (2) **GRANTS** the Motion in Ocwen's favor as to Ocwen's breach of contract counterclaim against Toni Rice and **ORDERS** that a monetary judgment of **$54,747.01** be entered in Ocwen's favor, (3) **DENIES** the request for a declaratory judgment, and (4) **DISMISSES** this case. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 1st day of March, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT